UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KIRK PERRY,<br><br>   Defendant. | Criminal Action No. 24-223-1 (CKK) |

### REFERRAL AND ORDER

On December 10, 2025, this Court ordered that Defendant be examined by a psychologist for the District of Columbia Department of Behavioral Health, Forensic Services Division ('DBH") for the purpose of a forensic screening for a preliminary assessment of Defendant's competency pursuant to 18 U.S.C. §4241. The Court has since received a copy of the competency screening evaluation report, and a copy has also been provided to counsel. The report recommends that Defendant undergo a full competency assessment, on an outpatient basis, and the Court has ascertained that all counsel agree with that recommendation. Accordingly, it is hereby this 22nd day of January 2026,

**ORDERED** that Defendant be examined by a psychologist for DBH, for the purpose of a full assessment of Defendant's competency, and that after such examination, a report be made to this Court as to:

(1) Whether Mr. Perry is presently mentally competent to understand the proceedings against him and to properly assist in the preparation for his sentencing; and

(2) If the answer to the preceding question is in the negative, what is necessary for

1

Mr. Perry to become competent and what accommodations he might require, if competency is attainable.

The Court respectfully requests that, subject to the availability of staff and resources, the report generated based on this full competency assessment be completed at DBH's earliest convenience and **by no later than March 9, 2026**, so that the Court may review DBH's report and promptly determine whether and when to set a status conference, hearing, or a sentencing date.

It is **FURTHER ORDERED** that Defense counsel shall contact Dr. Lia Rohlehr at the Forensic Services Division of DBH (lia.rohlehr@dc.gov) to coordinate Mr. Perry's evaluation.

It is **FURTHER ORDERED** that Mr. Perry be transported to the designated location at the Superior Court of the District of Columbia at the date and time established by DBH.

It is **FURTHER ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of the DBH for the full competency assessment and report. The assigned Assistant United States Attorney shall coordinate payment through the appropriate personnel in the United States Attorney's Office for the District of Columbia.

**SO ORDERED** this 22nd day of January, 2026.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE