**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 24-cr-00223-CKK-1** |
| v. | : | |
| | : | |
| **KIRK PERRY,** | : | |
| | : | |
| Defendant. | : | |

## ORDER OF FORFEITURE

***WHEREAS***, the Indictment alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

***WHEREAS***, the Indictment further alleged that the United States would seek a forfeiture money judgment against the defendant in the amount equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense;

***WHEREAS***, on April 29, 2025, the defendant pleaded guilty to Count One, charging Conspiracy to Commit Money, Property, and Honest Services Wire Fraud, in violation of Title 18, United States Code, Sections 1349, 1343, 1346;

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it in the statement of offense, the pre-sentence investigation report, the plea hearing, and the sentencing hearing, that any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One, is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and that a personal money judgment

1

against the defendant is appropriate, as set forth below;

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence referenced above, that a forfeiture money judgment against the defendant in the amount of $399,319, is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States Code, Section 2461(c);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, that the proceeds the defendant personally obtained have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1.      That the following property is declared forfeited to the United States: any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      A forfeiture money judgment in the amount of $399,319 is entered against the defendant.

3.      The Court finds that the proceeds that the defendant personally obtained as a result of the offense to which he was found guilty have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5.      That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

6.      The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7.      The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this ___4___ day of December, 2025.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

3